IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 18-5013-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. F4864069<br>Location Code: M3 |
| vs. | |
| ROBERT J. PRINE, | ORDER |
| Defendant. | |

Upon review of the docket and good cause appearing,

IT IS HEREBY ORDERED that the payment received on March 8, 2018, shall be accepted as payment in full for the Forfeiture Amount and Processing Fee associated with Violation No. F4864069 issued to Robert J. Prine on July 20, 2017.

IT IS FURTHER ORDERED that the Violation Notice is deemed fully adjudicated and the warrant issued on January 18, 2018 for Robert J. Prine regarding Violation No. F4864069 shall be QUASHED.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 8th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge